COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

NUMBER 13-02-723-CR

THE STATE OF TEXAS,                                                     Appellant,

v.

GENE ALVA ALLEN,                                                           Appellee.
__________________________________________________________________

NUMBER 13-02-724-CR

THE STATE OF TEXAS,                                                     Appellant,

v.

ELMAR SHEETS,                                                                Appellee.
__________________________________________________________________

On appeal from County Court at Law No. 2
 of Nueces County, Texas
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza 
Memorandum Opinion Per Curiam

         Appellant, THE STATE OF TEXAS, perfected appeals from orders suppressing
evidence entered by the County Court at Law No. 2 of Nueces County, Texas. On
September 21, 2004, the trial court entered orders rescinding the orders from which
these appeals were taken.
         The Court, having examined and fully considered the documents on file and the
trial court’s orders of rescission, is of the opinion that the appeals should be dismissed
for want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this
the 7th day of October, 2004.